Same case below, 358 Fed. Appx. 718.

**No. 09-9599. W.C. Cartwright, Jr., Petitioner v. United States.**

561 U.S. 1011, 130 S. Ct. 3466, 177 L. Ed. 2d 1066, 2010 U.S. LEXIS 5042.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 09-9609. Brenda Gay Mims, Petitioner v. United States.**

561 U.S. 1011, 130 S. Ct. 3466, 177 L. Ed. 2d 1066, 2010 U.S. LEXIS 5102.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-9658. Jerome Layton, Petitioner v. United States.**

561 U.S. 1011, 130 S. Ct. 3467, 177 L. Ed. 2d 1066, 2010 U.S. LEXIS 4988.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 356 Fed. Appx. 286.

**No. 09-9702. Marcus Aurelius Johnson, Petitioner v. United States.**

561 U.S. 1012, 130 S. Ct. 3468, 177 L. Ed. 2d 1066, 2010 U.S. LEXIS 5064.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 581 F.3d 1310.

**No. 09-9706. Christopher Lee Pride, Petitioner v. South Carolina.**

561 U.S. 1012, 130 S. Ct. 3468, 177 L. Ed. 2d 1066, 2010 U.S. LEXIS 5095.

June 21, 2010. Petition for writ of certiorari to the Court of Appeals of South Carolina denied.

**No. 09-9738. Willie Sims, Petitioner v. United States.**

561 U.S. 1012, 130 S. Ct. 3468, 177 L. Ed. 2d 1066, 2010 U.S. LEXIS 5159.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 09-9868. Carlos Deglace, Petitioner v. United States.**

561 U.S. 1012, 130 S. Ct. 3468, 177 L. Ed. 2d 1066, 2010 U.S. LEXIS 5149.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 353 Fed. Appx. 310.